IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| OHIO EXECUTION PROTOCOL ) | |
| LITIGATION ) | |
| ) | MISC. NO. 2:19-mc-3884-ECM-WC |
| CLEVELAND JACKSON ) | |
| ) | |
| Movant. ) | |

**ORDER**

Upon consideration of Movant Cleveland Jackson's *Notice of Withdrawal of Motion to Compel* (Doc. 9), in which the Movant indicates the he seeks to withdraw his motion to compel because the Alabama Department of Forensic Sciences has fully complied with the subpoena, it is

ORDERED that Movant's *Motion to Compel Production of Documents* (Doc. 1) is hereby DENIED as moot.

DONE this the 27th day of September, 2019.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE